

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD BOHANNON, | : | |
| Petitioner, | : | Case No. C 1 01 463 |
| v. | : | Judge Spiegel |
| ANTHONY BRIGANO, Warden, | : | Magistrate Judge Hogan |
| Respondent. | : | |

### RESPONDENT'S NOTICE OF MANUAL FILING OF TRANSCRIPT

Now comes Respondent, by and through counsel, and manually files the transcript from the trial held in Hamilton County, Ohio, Court of Common Pleas case number B-9808141-A. This document has not been filed electronically because the electronic file size exceeds 1.5 megabytes.

Respectfully submitted,

JIM PETRO
Attorney General

Stuart A. Cole (0020237)
Assistant Attorney General
Corrections Litigation Section
150 East Gay Street, 16th Floor
Columbus, Ohio  43215
(614) 644-7233
(614) 728-9372 – Fax
scole@ag.state.oh.us

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been served on Petitioner Richard Bohannon, #374-617, Lebanon Correctional Institution, P.O. Box 56, Lebanon, Ohio 45036, via regular U.S. mail on this 30th day of September, 2003.

Stuart A. Cole
Assistant Attorney General