UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard Bohannon,
    Petitioner,

    v.

Anthony Brigano, Warden,
    Respondent.

Case No. 1:01-cv-00463
(Spiegel, J.; Hogan, MJ)

_____

ORDER

_____

    Petitioner brings this action for a writ of habeas corpus pursuant to Title 28, U.S.C., Section 2254. This matter is before the Court on Respondent's motion for an extension of time (Doc. 7) to file his Return of Writ. For good cause shown, the Court hereby **GRANTS** Respondent's motion for an extension through and including October 31, 2003, to file his Return of Writ.

    SO ORDERED.

Date   10/9/2003

bac    October 9, 2003

P:\TSH\Law Clerks\01cv463order.wpd

s/Timothy S. Hogan
Timothy S. Hogan
United States Magistrate Judge