IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD BOHANNON, | : | Case No. C-1-01-463 |
| Petitioner, | : | JUDGE SPIEGEL |
| vs. | : | MAGISTRATE JUDGE HOGAN |
| ANTHONY BRIGANO, Warden, | : | |
| Respondent. | : | |

### AFFIDAVIT OF CAROL EASON

**County of Warren** :
: ss.
**State of Ohio** :

Now comes Carol Eason, first having been duly sworn, and states as follows:

1. I have personal knowledge of the matters set forth herein.

2. I am the supervisor of the mailroom at the Lebanon Correctional Institution and have held that position since April, 2003.

3. It is standard mail procedure (and was standard mail procedure in 2001) to require a cashier's slip from an inmate with any piece of mail (larger than a standard letter) for the cost of postage to be withdrawn from the individual inmate's account.

4. When mailing a piece of mail, an inmate obtains a cashier's slip, then fills it out and signs it in the presence of a staff member, who signs the slip as well.

5. The slip is then given to the cashier's office for approval and the approved cashier's slip is returned to the inmate.

6. An inmate may hold onto the approved cashier's slip for an indefinite period of time.

7. Lebanon Correctional Institution only has one mailbox. Once an inmate attaches his approved cashier's slip to a piece of mail, he must request a pass to access the mailbox. This mailbox is located in the property room, and an inmate must have a pass to gain access.

8. Items in this mailbox are picked up daily (Monday through Friday) by the institution mailroom staff.

9. The mail collected from the U.S. mailbox and items processed through the mailroom are weighed and marked with the appropriate amount for postage by the institution mailroom staff.

10. The mail items are then taken to the US Post Office on the same business day, Monday through Friday, with the exception of state recognized holidays.

11. The institution mailroom staff keeps a log of all certified mail sent out each day by listing the inmate, the inmate's number, and the amount of the postage.

12. According to the certified mail log, Richard Bohannon did not send out any certified mail during the time period May 18, 2001 to July 3, 2001.

13. According to the cashier's office records, Inmate Richard Bohannon, #374-617, filled out a cashier's slip for postage in the amount of $3.50, dated May 29, 2001, for a package to be sent to the United States District Court, Southern District of Ohio, in Cincinnati, Ohio. (See attached Exhibit 1). On June 8, 2001, a $3.50 cash slip was deducted from Bohannon's account.

14. Bohannon did not request postage for any other packages during the time period May 18, 2001 to July 3, 2001.

FURTHER, AFFIANT SAYETH NAUGHT.

_Carol Eason_
Carol Eason

Sworn to and subscribed in my presence this 7th day of October, 2003.

BEVERLY JO SULFSTED
Notary Public - State of Ohio
My Commission Expires
April 14, 2005

_Beverly Jo Sulfsted_
Notary Public

Date: 5/29/ 19 200/

DOLLARS 2 | CENTS 50

To: UNITED STATES DIST Court
Address: SOUTHERD DISTRICT OF OHIO  2 50
City, State: Cinti Ohio
Type of Postage _____ Value: _____
Insurance Amount _____ Contents _____
Inmate's Name: Bohannon No.: 374617
Cell: 3-H-10
(block and Cell #)
(Signature)
Approved by

Pd 6/8/01