FILED
Terry Deinlein, Acting Clerk
Cincinnati, Ohio

03 NOV 12 PM 2:48

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

RICHARD BOHANON,

    Petitioner,

vs

ANTHONY BRIGANO,

    Respondent.

Case No. C-1-01-463

(SPIEGEL, J,; HOGAN, M.J.)

---

**PETITIONER'S NOTICE TO FILE A "TRAVERSE TO THE ANSWER"**

---

NOW COMES, Petitoner Richard Bohanon, Pro Se, herein to notify this Honorable Court of his intentions to file a "Traverse to the Answer", and to acknowledge or deny the Respondent's allegations, for they are misleading.

Respectfully submitted,

*/s/ Richard Bohanon/*
Richard Bohanon #374-617
Lebanon Correctional Institution
P.O. Box 56
Lebanon, Ohio 45036
(PETITIONER-PRO SE)

## CERTIFICATE OF SERVICE

This is to certify that a true copy of Petitioner's "NOTICE TO FILE A TRAVERSE TO THE ANSWER", was sent via by regular U.S. mail to the Correction Litigation Section, 150 East gay Street, Columbus, Ohio 43215, Attn. Stuart A. Cole, this ___6th___ day of November _2003_.

Richard Bohanon #374-617
Lebanon Correctional Inst.
P.O. Box 56
Lebanon, Ohio 45036

(PETITIONER-PRO SE