| | | |
|---|---|---|
| **OFFICIAL USE** | | |
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | C-1-01-463 |
| Total Postage & Fees | $ | DOC. 12 6/16/04 |

Sent To: RICHARD BOHANNON 374-617
Street, Apt. No.; or PO Box No.: LECI P.O. BOX 56
City, State, ZIP+4: LEBANON, OH 45036

PS Form 3800, April 2002                See Reverse for Instructions

7002 0860 0000 5229