IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RICHARD BOHANNON, : | |
| Plaintiff(s) : | Case Number: 1:01-cv-00463 |
| vs. : | Senior District Judge S. Arthur Spiegel |
| HARRY RUSSELL, Warden, : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court hereby ADOPTS IN IT'S ENTIRETY the Report and Recommendation (doc. 11). The instant case is hereby administratively STAYED AND TERMINATED on this Court's active docket pending Petitioner's exhaustion of his state law remedies. Issuance of a certificate of appealability of this order pursuant to 28 U.S.C. § 1915(a)(3) is DENIED. The Court hereby certifies that any appeal of this Order may not be taken in good faith; leave to proceed in forma pauperis on appeal is therefore DENIED.

6/16/04                                          James Bonini, Clerk

                                                 s/Kevin Moser
                                                 Kevin Moser
                                                 Deputy Clerk