

# The Supreme Court of Ohio

JAN 25 2006

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

State of Ohio

v.

Richard Bohannon

Case No. 05-1899

E N T R Y

    Upon consideration of the jurisdictional memoranda filed in this case, the Court declines jurisdiction to hear the case and dismisses the appeal as not involving any substantial constitutional question.

    (Hamilton County Court of Appeals; No. C050589)

THOMAS J. MOYER
Chief Justice

# The Supreme Court of Ohio

FILED
SEP 0 7 2005

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

State of Ohio ex rel. Richard Bohannon

v.

Krista Hekler, Hamilton County Official
Court Reporter

Case No. 05-1166

IN MANDAMUS

E N T R Y

   This cause originated in this Court on the filing of a complaint for a writ of mandamus. Upon consideration of respondent's motion to dismiss,

   IT IS ORDERED by the Court that the motion to dismiss is granted. Accordingly, this cause is dismissed.

THOMAS J. MOYER
Chief Justice

# The Supreme Court of Ohio

FILED
AUG 1 0 2005
MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

State of Ohio

v.

Richard Bohannon

Case No. 05-765

E N T R Y

Upon consideration of the jurisdictional memoranda filed in this case, the Court declines jurisdiction to hear the case and dismisses the appeal as not involving any substantial constitutional question.

(Hamilton County Court of Appeals; No. C040415)

*[signature]*
THOMAS J. MOYER
Chief Justice