| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  _C Cal_  | ☑ Agent<br>☐ Addressee | |
| | B. Received by (Printed Name)<br>_C Clarue_ | C. Date of Delivery<br>3/7/06 | |
| 1. Article Addressed to:<br><br>RICHARD BOHANNON<br>374-617<br>CHILLICOTHE CORR INST<br>P.O. BOX 5500<br>CHILLICOTHE, OH 45601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | | |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | | |
| | 4. Restricted Delivery? (Extra Fee) | | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0000 1409 0715 | | |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-0835