# The Supreme Court of Ohio

**FILED**
JAN 25 2006
MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

## 103-078

State of Ohio

v.

Richard Bohannon

Case No. 05-1899

E N T R Y

    Upon consideration of the jurisdictional memoranda filed in this case, the Court declines jurisdiction to hear the case and dismisses the appeal as not involving any substantial constitutional question.

(Hamilton County Court of Appeals; No. C050589)

_____
THOMAS J. MOYER
Chief Justice






You Are Not Currently Log
Directions | Policies | Sitem

Hamilton County Courthou:
1000 Main Street
Cincinnati, OH 45202

| Home | ◢ Court Records | ◢ Court Date | ◢ Forms | ◢ Services | ◢ D |

## Case Summary

Case O

| | |
|---|---|
| Case Number: | C 9900386 |
| Case Caption: | STATE OF OHIO vs. RICHARD BOHANNON |
| Judge: | Unavailable |
| Filed Date: | 6/2/1999 |
| Case Type: | A105 - NOTICE OF APPEAL - CRIMINAL - POVERTY AFFIDAVIT |
| Total Deposits: | $ 0.00 |
| Total Costs: | $ 93.00 |

Case History
Case Schedule
Case Documen
Party/Attorney I
New Case Sea
New Name Sea
Add Case to My

## Case History

Printer

| Doc | Image# | Date | Description |
|---|---|---|---|
| 📄 | | 5/4/2005 | COPY OF NOTICE OF APPEAL TO THE SUPREME COURT OF OHIO FILED 04/29/05. S.C. # 05-0765 |
| 📄 | | 2/11/2005 | LETTER TO SUBMISS ON BRIEF |
| 📄 | | 11/29/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 📄 | 17 | 11/24/2004 | ENTRY OVERRULING MOTION FOR RECONSIDERATION |
| 📄 | | 11/16/2004 | BRIEF OF PLAINTIFF-APPELLEE |
| 📄 | | 11/8/2004 | MOTION TO RECONSIDER |
| | | 11/8/2004 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTOR |
| 📄 | | 10/18/2004 | BRIEF OF PETITIONER/APPELLANT |
| | | 7/28/2000 | ENTRY FROM SUPREME COURT OF OHIO (DENY DELAYED APPEAL) |
| | | 6/1/2000 | COPY OF NOTICE OF APPEAL TO THE SUPREME COURT OF OHIO FILED 05/26/00. S.C. # 00-998 |
| | 41 | 3/3/2000 | JUDGMENT ENTRY APPROVING COUNSEL FEES $450.00 |
| | | 3/2/2000 | MOTION FOR APPROVAL OF PAYMENT OF APPOINTED COUNSEL FEES AND EXPENSES |
| | 3 | 3/1/2000 | JUDGMENT ENTRY AFFIRMING JUDGMENT OF TRIAL COURT (B988141A) |
| | | 2/9/2000 | STIPULATION OF TRANSCRIPT OF TAPED TELEPHONE DEPOSITION OF SISTER MARY ASSUNTA STANG |
| | | 12/13/1999 | NOTIFICATION OF MERIT HEARING ON 02/01/00 IN COURTROOM A SENT TO THOMAS BOYCHAN JR. AND HERBERT FREEMAN |
| | | 11/5/1999 | BRIEF OF PLAINTIFF-APPELLEE |

PENGAD-Bayonne, N.J.
R

|    | Date       | Description |
|----|------------|-------------|
|    | 10/21/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 26 | 10/15/1999 | ENTRY OVERRULING MOTION TO REMOVE FROM ACCELERATED CALENDAR BUT ACCEPTING BRIEF OF 17 PAGES |
|    | 9/23/1999  | BRIEF OF DEFENDANT-APPELLANT |
|    | 9/15/1999  | MOTION TO REMOVE CASE FROM ACCELERATED DOCKET |
|    | 9/2/1999   | COMPLETE TRANSCRIPT OF PROCEEDINGS FOR APPEAL VOL. 5 |
|    | 9/2/1999   | COMPLETE TRANSCRIPT OF PROCEEDINGS FOR PURPOSES OF APPEAL VOL. IV OF VII |
|    | 9/2/1999   | COMPLETE TRANSCRIPT OF PROCEEDINGS FOR PURPOSES OF APPEAL SENTENCINGS VOLUME VII OF VII |
|    | 9/2/1999   | COMPLETE TRANSCRIPT OF PROCEEDINGS |
|    | 9/2/1999   | COMPLETE TRANSCRIPT OF PROCEEDINGS FOR APPEAL VOL. 1 |
|    | 9/2/1999   | COMPLETE TRANSCRIPT OF PROCEEDINGS FOR APPEAL VOL. 2 |
|    | 9/2/1999   | COMPLETE TRANSCRIPT OF PROCEEDINGS FOR APPEAL VOL. 6 |
|    | 8/19/1999  | NOTICE OF FILING OF RECORD EXCLUDING TRANCRIPT OF PROCEEDINGS MAILED TO HERBERT E. FREEMAN AND WILLIAM ANDERSON |
|    | 8/19/1999  | TRANSCRIPT OF DOCKET AND JOURNAL ENTRIES FILED |
|    | 8/18/1999  | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 84 | 8/13/1999  | ENTRY OVERRULING MOTION FOR BOND |
|    | 8/5/1999   | MEMORANDUM IN OPPOSITION TO MOTION FOR STAY AND APPEAL BOND |
|    | 7/29/1999  | MOTION TO SET APPELLATE BOND |
|    | 6/17/1999  | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 20 | 6/14/1999  | ACCELERATED CALENDAR SCHEDULING ORDER, ENTERED. 09/02/99 RECORD DUE. 10/04/99 APPELLANT'S BRIEF DUE. 11/04/99 APPELLEE'S BRIEF DUE. |
|    | 6/2/1999   | DOCKET STATEMENT FILED. B-9808141(A) |
|    | 6/2/1999   | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTOR |
|    | 6/2/1999   | COMMON PLEAS TRIAL COURT # B-9808141(A) |
|    | 6/2/1999   | APPEAL - ON QUESTIONS OF LAW |
|    | 6/2/1999   | NOTICE OF APPEAL FILED. |
|    | 6/2/1999   | NO DEPOSIT REQUIRED-POV.AFF. HERBERT E FREEMAN |

About the Clerk | FAQ | Links | Directions | Policies | Contact Us | Site Map

Alternate languages: Deutsch | Español | Francais | Italiano

© 2005 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.



You Are Not Currently Log(
Directions | Policies | Sitem

Hamilton County Courthou:
1000 Main Street
Cincinnati, OH 45202

| Home | ◢ Court Records | ◢ Court Date | ◢ Forms | ◢ Services | ◢ D |

## Case Summary

Case O

| | |
|---|---|
| **Case Number:** | C 0400415 |
| **Case Caption:** | STATE OF OHIO vs. RICHARD BOHANNON |
| **Judge:** | Unavailable |
| **Filed Date:** | 7/1/2004 |
| **Case Type:** | A117 - MOTION TO FILE DELAYED APPEAL - POVERTY AFFIDAVIT |
| **Total Deposits:** | $ 0.00 |
| **Total Costs:** | $ 98.00 |

Case History
Case Schedule
Case Documen
Party/Attorney I
New Case Sear
New Name Sea
Add Case to My

### Case History

🖶 Printer

| Doc | Image# | Date | Description |
|---|---|---|---|
| 📄 | | 8/25/2005 | ENTRY FROM THE SUPREME COURT OF OHIO DENIES LEAVE TO APPEAL AND DISMISSES THE APPEAL |
| 📄 | | 5/5/2005 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 📄 | | 5/4/2005 | COPY OF NOTICE OF APPEAL TO THE SUPREME COURT OF OHIO FILED 04/29/05. S.C. # 05-0765 |
| 📄 | 21 | 4/29/2005 | ENTRY OVERRULING MOTION FOR RECONSIDERATION |
| 📄 | | 4/26/2005 | MEMORANDUM IN OPPOSITION TO APPLICATION FOR RECONSIDERATION |
| 📄 | | 4/26/2005 | MOTION TO FILE MEMORANDUM IN OPPOSITION TO APPLICATION FOR RECONSIDERATION INSTANTER |
| 📄 | | 4/11/2005 | MOTION TO RECONSIDER |
| | | 4/11/2005 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTOR |
| 📄 | | 3/25/2005 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 📄 | 55 | 3/23/2005 | JUDGMENT ENTRY AFFIRMING JUDGMENT OF TRIAL COURT (B9808141) |
| 📄 | | 3/11/2005 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 📄 | 20 | 3/10/2005 | ENTRY OVERRULING REQUEST FOR SUBMISSION ON BRIEFS AS MOOT |
| 📄 | | 3/7/2005 | MOTION TP SUBMIT THIS CASE WITHOUT ORAL ARGUMENT |
| 📄 | | 2/24/2005 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 📄 | 8 | 2/23/2005 | ENTRY OVERRULING MOTION FOR RECONSIDERATION OF APPOINTMENT OF COUNSEL |

| | | | |
|---|---|---|---|
| 📄 | | 2/11/2005 | LETTER TO SUBMISS ON BRIEF |
| 📄 | | 2/9/2005 | MOTION FOR RECONSIDERATION FOR APPOINTMENT OF COUNSEL |
| | | 2/9/2005 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTOR |
| 📄 | | 2/7/2005 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 📄 | 86 | 2/4/2005 | ENTRY OVERRULING MOTION TO CONVEY FOR ORAL ARGUMENT |
| 📄 | | 1/24/2005 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 📄 | 11 | 1/21/2005 | ENTRY OVERRULING MOTION FOR APPOINTMENT OF COUNSEL |
| 📄 | | 1/20/2005 | MOTION TO CONVEY DEFENDANT-APPELLANT TO HEARING |
| 📄 | | 12/30/2004 | MOTION FOR APPOINTMENT OF COUNSEL |
| 📄 | | 12/13/2004 | NOTIFICATION OF MERIT HEARING ON 02/23/05 IN COURTROOM B SENT TO RICHARD BOHANNON AND THOMAS BOYCHAN, JR. |
| 📄 | | 11/16/2004 | BRIEF OF PLAINTIFF-APPELLEE |
| 📄 | | 10/18/2004 | BRIEF OF PETITIONER/APPELLANT |
| 📄 | | 9/20/2004 | DOCKET STATEMENT FILED. B-980814-A |
| 📄 | | 9/7/2004 | TRANSCRIPT OF DOCKET AND JOURNAL ENTRIES FILED |
| | | 9/7/2004 | NOTICE OF FILING OF RECORD INCLUDING TRANCRIPT OF PROCEEDINGS MAILED TO RICHARD BOHANNON AND COUNTY PROSECUTOR |
| 📄 | | 9/2/2004 | PRAECIPE |
| 📄 | | 8/16/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 📄 | 3 | 8/12/2004 | ACCELERATED CALENDAR SCHEDULING ORDER, ENTERED. 09/17/04 RECORD DUE. 10/19/04 APPELLANT'S BRIEF DUE. 11/19/04 APPELLEE'S BRIEF DUE. |
| 📄 | | 8/9/2004 | TRAVENSE |
| 📄 | | 7/30/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 📄 | 28 | 7/29/2004 | ENTRY OVERRULING MOTION FOR LEAVE TO FILE DELAYED APPEAL |
| 📄 | | 7/22/2004 | MEMORANDUM IN OPPOSITION TO PLAINTIFF'S RESPONSE AGAINST APPELLANT'S MOTION FOR DELAYED APPEAL |
| 📄 | | 7/14/2004 | MEMORANDUM IN OPPOSITION TO MOTION FOR DELAYED APPEAL |
| | | 7/1/2004 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTOR |
| | | 7/1/2004 | COMMON PLEAS TRIAL COURT # B-9900386 |
| 📄 | | 7/1/2004 | DOCKET STATEMENT FILED. B-9908141 (A) |
| | | 7/1/2004 | APPEAL - ON QUESTIONS OF LAW |
| 📄 | | 7/1/2004 | NOTICE OF APPEAL FILED. |
| | | 7/1/2004 | NO DEPOSIT REQUIRED-POV.AFF. RICHARD BOHANNON |

About the Clerk | FAQ | Links | Directions | Policies | Contact Us | Site Map

Alternate languages: Deutsch | Español | Francais | Italiano

© 2005 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.

Greg Hartmann - Clerk of Courts                                                                Page 1 of 1



You Are Not Currently Logg
Directions | Policies | Sitem

Hamilton County Courthous
1000 Main Street
Cincinnati, OH 45202

| Home | ◢ Court Records | ◢ Court Date | ◢ Forms | ◢ Services | ◢ D |

## Case Summary

Case O

| | |
|---|---|
| **Case Number:** | C 0500589 |
| **Case Caption:** | STATE OF OHIO vs. RICHARD BOHANNON |
| **Judge:** | Unavailable |
| **Filed Date:** | 7/22/2005 |
| **Case Type:** | A117 - MOTION TO FILE DELAYED APPEAL - POVERTY AFFIDAVIT |
| **Total Deposits:** | $ 0.00 |
| **Total Costs:** | $ 55.00 |

Case History
Case Schedule
Case Documen
Party/Attorney I
New Case Sear
New Name Sea
Add Case to My

## Case History

🖨 Printer

| Doc | Image# | Date | Description |
|---|---|---|---|
| 📄 | | 2/10/2006 | ENTRY FROM THE SUPREME COURT OF OHIO DECLINES AND DISMISSES THE APPEAL |
| 📄 | | 10/14/2005 | COPY OF NOTICE OF APPEAL TO THE SUPREME COURT OF OHIO FILED 11/07/05. S.C. # 0501899 B-9808141-A |
| 📄 | | 8/25/2005 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 📄 | 13 | 8/25/2005 | ENTRY OVERRULING MOTION FOR LEAVE TO APPEAL B-9808141-A |
| 📄 | | 8/2/2005 | MOTION IN OPPOSITION FOR LEAVE TO APPEAL SENTENCE |
| | | 7/22/2005 | COMMON PLEAS TRIAL COURT # B-9808141A |
| | | 7/22/2005 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTOR |
| 📄 | | 7/22/2005 | NOTICE OF APPEAL FILED. |
| | | 7/22/2005 | NO DEPOSIT REQUIRED-POV.AFF. RICHARD BOHANNON |
| | | 7/22/2005 | MOTION TO FILE DELAYED APPEAL |

About the Clerk | FAQ | Links | Directions | Policies | Contact Us | Site Map

Alternate languages: Deutsch | Español | Francais | Italiano

© 2005 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.

**The Supreme Court of Ohio**
Clerk's Office
65 South Front Street, 8th Floor
Columbus, Ohio 43215-3431
800.826.9010
614.387.9530

Marcia J. Mengel
Clerk of Court

## Search Results: Case Number 2005-0765

# The Supreme Court of Ohio
## CASE INFORMATION

### GENERAL INFORMATION

**Case:** 2005-0765 Discretionary Appeal (Non-felony); Claimed Appeal of Right
**Filed:** 04/29/05
**Status:** Case Is Disposed

### State of Ohio v. Richard Bohannon

### PARTIES and ATTORNEYS

| |
|---|
| Bohannon, Richard (Appellant) |
| State of Ohio (Appellee)<br>    Represented by:<br>        Boychan, Thomas (40183) , Counsel of Record<br>        Deters, Joseph (12084) |

### PRIOR JURISDICTION

| Jurisdiction Information | Prior Decision Date | Case Number(s) |
|---|---|---|
| Hamilton County, 1st District | 03/23/2005 | C040415 |

### DOCKET ITEMS

| Date Filed | Description |
|---|---|
| 04/29/05 | Notice of appeal of Richard Bohannon<br>*Filed by:* Bohannon, Richard |
| 04/29/05 | Memorandum in support of jurisdiction<br>*Filed by:* Bohannon, Richard |

| 04/29/05 | And affidavit of indigency |
| --- | --- |
|  | *Filed by:* Bohannon, Richard |
| 05/02/05 | Copy of notice of appeal sent to clerk of court of appeals |
| 08/10/05 | **DECISION: Jurisdiction declined and appeal dismissed** |
| 08/23/05 | Copy of entry sent to clerk |

Back

---

Supreme Court | State of Ohio

© 2004-2006 Enabling Technologies, Inc.

Question or Comments?

ECMS Online 1.2.9



**The Supreme Court of Ohio**
Clerk's Office
65 South Front Street, 8th Floor
Columbus, Ohio 43215-3431
800.826.9010
614.387.9530

Marcia J. Mengel
Clerk of Court

## Search Results: Case Number 2005-1899

# The Supreme Court of Ohio
## CASE INFORMATION

### GENERAL INFORMATION

**Case:** 2005-1899 Discretionary Appeal (Non-felony); Claimed Appeal of Right
**Filed:** 10/07/05
**Status:** Case Is Disposed

### State of Ohio v. Richard Bohannon

### PARTIES and ATTORNEYS

| |
|---|
| Bohanon, Richard (Appellant) |
| State of Ohio (Appellee) <br>     Represented by: <br>         Deters, Joseph (12084) , Counsel of Record |

### PRIOR JURISDICTION

| Jurisdiction Information | Prior Decision Date | Case Number(s) |
|---|---|---|
| Hamilton County, 1st District | 08/25/2005 | C050589 |

### DOCKET ITEMS

| Date Filed | Description |
|---|---|
| 10/07/05 | Notice of appeal of Richard Bohanon <br>     *Filed by:* Bohanon, Richard |
| 10/07/05 | Memorandum in support of jurisdiction <br>     *Filed by:* Bohanon, Richard |

| 10/07/05 | Affidavit of indigency |
| --- | --- |
|  | *Filed by:* Bohanon, Richard |
| 10/07/05 | Case information statement |
|  | *Filed by:* Bohanon, Richard |
| 10/10/05 | Copy of notice of appeal sent to clerk of court of appeals |
| 01/25/06 | **DECISION: Jurisdiction declined and appeal dismissed** |
| 02/07/06 | Copy of entry sent to clerk |

Back

Supreme Court | State of Ohio

© 2004-2006 Enabling Technologies, Inc.

Question or Comments?

ECMS Online 1.2.9