IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD BOHANNON, | : | Case No. C1-01-463 |
|     Petitioner, | : | |
| vs. | : | |
| TIMOTHY P. BRUNSMAN, WARDEN, | : | |
|     Respondent. | : | |

### AFFIDAVIT OF INDIGENCY

I, Richard Bohannon, petitioner, do hereby solemnly swear that I have presently this _28_ day of March 2006 no means of support and no assets of any value and, therefore, cannot afford to pay for any legal services, fees and costs in the above-styled case.

                                          */s/ Richard Bohannon*
                                          DEFENDANT-PETITIONER
                                          Chillicothe Correctional
                                              Institution
                                          P.O. Box 5500
                                          15802 State Route 104 North
                                          Chillicothe, Ohio 45601

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _28th_ DAY OF MARCH 2006.

                                          */s/ Deborah Jersley*
                                          NOTARY PUBLIC
                                          Commission expires 3/15/11