**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Richard Bohannon
   #374-617
   Chillicothe Corr. Inst.
   PO Box 5500
   Chillicothe, OH 45601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Brian K. Price    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Brian K. Price                 06/02/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 0860 0000 1409 2085

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

UNITED STATES POSTAL SERVICE
COLUMBUS OH 430

02 JUN 2006 PM 1 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
103 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

1:01cv463   Hogan   Art
Doc. 18   R#A
           order