# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Richard Bohannon,
  Petitioner

vs

Case No. 1:01cv463
(Spiegel, S.J.; Hogan, M.J.)

Tim Brunsman,
  Respondent

## ORDER

This habeas corpus action filed *pro se* pursuant to 28 U.S.C. § 2254 is before the Court on petitioner's motion for appointment of counsel (Doc. 17). In light of the Court's Report and Recommendation issued this date to deny the petition with prejudice on the procedural ground that petitioner has waived his claims for relief, petitioner's motion for appointment of counsel (Doc. 17) is DENIED as moot.

IT IS SO ORDERED.

Date: 5/31/06
cbc

Timothy S. Hogan
United States Magistrate Judge

J:\BRYANCC\2006 habeas orders\01-463mtn.deny-moot.wpd

1:01cv463 Docs. 18 + 19

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Richard Bohannon<br>#374-617<br>Chillicothe Corr. Inst.<br>PO Box 5500<br>Chillicothe, OH 45601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0000 1409 2085 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835