| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Brian K. Price_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Brian K. Price   C. Date of Delivery: 06/02/06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Richard Bohannon<br>#374-617<br>Chillicothe Corr. Inst.<br>PO Box 5500<br>Chillicothe, OH 45601 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0000 1409 2085 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

UNITED STATES POSTAL SERVICE
COLUMBUS OH 430

02 JUN 2006 PM 1 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
103 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

1:01cv463   Hogan   Art
Doc. 18, 4+R   R+R   order