```
7002 0860 0006 5229 7279
```

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:01-CV-463
Doc. 21
10/4/06

Sent To: RICHARD BOHANNON 374-617
Street, Apt. No.; or PO Box No.: CCI, P.O. BOX 5500
City, State, ZIP+4: CHILLICOTHE, OH 45601

PS Form 3800, April 2002        See Reverse for Instructions