| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Brian K. Price   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): Brian K. Price   C. Date of Delivery: 10/6/06 |
| 1. Article Addressed to:<br><br>RICHARD BOHANNON<br>374-617<br>CHILLICOTHE CORR. INST.<br>PO BOX 5500<br>CHILLICOTHE, OH 45601 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0860 0006 5229 7279 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835