IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RICHARD BOHANNON, | |
| Petitioner(s) | |
| vs. | Case Number: 1:01-cv-00463 |
| WARDEN, CHILLICOTHE CORRECTIONAL INSTITUTION | Senior District Judge S. Arthur Spiegel |
| Respondent(s) | |

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . this Court ADOPTS the Magistrate Judge's Report and Recommendation (doc. 18), and DENIES WITH PREJUDICE Petitioner's Petition for Writ of Habeas Corpus (Doc. 1). The Court also DECLINES to issue a certificate of appealability with respect to the claims in all four grounds of the petition. Finally, pursuant to 28 U.S.C. §1915(a)(3), this Court CERTIFIES that any appeal of this order will not be taken in good faith, and any application to appeal *in forma pauperis* will be DENIED.

10/4/06                                                              James Bonini, Clerk


                                                                     s/Kevin Moser
                                                                     Kevin Moser
                                                                     Deputy Clerk