RECEIVED
OCT 2 4 200[?]
LEONARD GREEN, Clerk

FILED
JAMES BONINI
CLERK
06 OCT 24 PM 3:54

United States District Court for the
Southern District of Ohio

Richard Bohannon., Plaintiff )  File Number

v. ) Notice of Appeal

)

Timothy Brunsman., Defendant )

Notice is hereby given that Richard Bohannon, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the order rendered by S. Arthur Spiegel, United States Senior District Judge, adopting the magistrate judge's Report and Recommendation denying plaintiff's habeas corpus petition entered in this action on October 3, 2006, pursuant to district court case No. 1:01cv463.

*Richard Bohannon*
Richard Bohannon, #374-617
Plaintiff, pro se
Chillicothe Correctional Institution
P.O. Box 5500
Chillicothe, Ohio 45601