No. 06-4453

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

JUN 2 0 2007

**LEONARD GREEN, Clerk**

RICHARD BOHANNON, )
) 
    Petitioner-Appellant, )
)
v. ) O R D E R
)
TIM BRUNSMAN, )
)
    Respondent-Appellee. )
)

Richard Bohannon, an Ohio prisoner, appeals the judgment of the district court denying his petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254. He has filed an application for a certificate of appealability ("COA") with this court. *See* Fed. R. App. P. 22(b)(1). In addition, Bohannon has filed a motion to proceed in forma pauperis and a motion to appoint counsel.

In 1999, Bohannon was convicted of two counts of burglary, one count of misuse of a credit card, and one count of receiving stolen property. The Ohio Court of Appeals affirmed his convictions. Bohannon filed a motion for leave to file a delayed appeal with the Ohio Supreme Court, which was denied. Bohannon then filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, asserting four claims. The district court determined that Bohannon had not exhausted his state remedies as to the first claim and stayed the petition to allow him to do so. Bohannon filed a motion for post-conviction relief in the trial court, which was denied. The Ohio Court of Appeals affirmed the denial. The Ohio Supreme Court denied leave to appeal.

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: June 20, 2007

Richard Bohannon
Chillicothe Correctional Institute
374-617
P.O. Box 5500
Chillicothe, OH  45601

Stuart A. Cole
Office of the Attorney General
Corrections Litigation Section
150 E. Gay Street
16th Floor
Columbus, OH  43215-6001

RE: 06-4453
Bohannon vs. Brunsman
District Court No. 01-00463

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

(Ms.) Michelle M. Davis
Case Manager

Enclosure

cc:
    Honorable S. Arthur Spiegel
    Mr. James Bonini

Mr. James Bonini, Clerk
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202